358 F.3d 1156
 UNITED STATES of America, Plaintiff-Appellee,
v.
Cruz INIGUEZ, aka Cruz Iniguez Garcia, Manuel Martinez, and Cruz Garcia Iniguez, Defendant-Appellant.
United States of America, Plaintiff-Appellant,
v.
Cruz Iniguez, aka Cruz Iniguez Garcia, Manuel Martinez, and Cruz Garcia Iniguez, Defendant-Appellee.
 No. 01-50553.
 No. 01-50629.
 United States Court of Appeals, Ninth Circuit.
 Filed February 18, 2004.
 
 Miriam A. Krinsky, Asst. U.S. Atty., USLA-Office of the U.S. Attorney, Los Angeles, CA, Linda M. Aouate, USSA-Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff-Appellee.
 Gary P. Burcham, San Diego, CA, for Defendant-Appellant.
 Before: SCHROEDER, Chief Judge.
 ORDER
 SCHROEDER, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be heard by the en banc court pursuant to Circuit Rule 353.